KADRI INTERNATIONAL CO. (doing business as Valuecad), Appellant,

v.

Mike JOHANNS, Secretary of Agriculture, Appellee.

No. 05–1005.

United States Court of Appeals, Federal Circuit.

Dec. 19, 2005.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED*. *See* Fed. Cir. R. 36.

Wayne HARTER, Plaintiff–Appellant,

v.

U.S. COMMISSIONER FOR PATENTS, Defendant–Appellee.

No. 05–1307.

United States Court of Appeals, Federal Circuit.

Dec. 19, 2005.

Rehearing Denied Feb. 2, 2006.

Before NEWMAN, MAYER, and GAJARSA, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED*. *See* Fed. Cir. R. 36